LEONIDOU & ROSIN
Professional Corporation
A. Robert Rosin (SBN 115245)
arrosin@alr-law.com
Roger F. Liu (SBN 218345)
rliu@alr-law.com
777 Cuesta Drive, Suite 200
Mountain View, CA 94040
Telephone: (650) 691-2888
Facsimile: (650) 691-2889

Attorneys for Defendant
LEVEL 10 CONSTRUCTION, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK HARLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEVEL 10 CONSTRUCTION, LP,<br><br>Defendant. | Case No.: 18-cv-00810-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT** |

## RECITALS

Plaintiff Mark Harley ("Plaintiff") and Defendant Level 10 Construction, L.P. ("Defendant") (sometimes collectively referred to herein as the "Parties") hereby stipulate, by and through counsel, as follows:

**Whereas,** a Request for Entry of Default was entered by the Court against Defendant Level 10 Construction, LP on March 22, 2018;

**Whereas,** Defendant filed a motion to set aside the Entry of Default, which is set to be heard before this Court on May 24, 2018;

1

**Whereas,** Plaintiff stipulates and agrees to set aside the Entry of Default;

**Whereas,** in order to avoid any unnecessary law and motion to set aside the Entry of Default, the parties through their counsel, hereby stipulate as follows:

## **STIPULATION**

1. The default against Defendant Level 10 Construction, L.P., entered on March 22, 2018 in this action shall be set aside;

2. Defendant Level 10 Construction, L.P. shall have twenty (20) calendar days after service of notice of entry of an Order to Set Aside Entry of Default to answer the Complaint filed in this action;

4. This document may be executed in counter-parts and with facsimile/.pdf signatures.

**SO STIPULATED**

Dated: April 30, 2018        LAW OFFICE OF NICKOLAS A. URICK

By _____
Nick A. Urick
Attorney for Plaintiff
MARK HARLEY

Dated: April 30, 2018        LEONIDOU & ROSIN
Professional Corporation

By _____
Roger F. Liu
Attorney for Defendant
LEVEL 10 CONSTRUCTION, LP

# ORDER

The Court having considered the foregoing stipulation and good cause appearing, **IT IS HEREBY ORDERED:**

The entry of default entered against Defendant Level 10 Construction, L.P. shall be set aside.

Defendant Level 10 Construction, L.P. shall have twenty (20) calendar days after service of notice of entry of this Order to Set Aside Entry of Default to answer the Complaint filed in this action.

Date: 5/4/18

_____
UNITED STATES DISTRICT JUDGE